### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| ) | |
| IN RE:  YASMIN AND YAZ ) | **3:09-md-02100-DRH** |
| (DROSPIRENONE) MARKETING, SALES ) | |
| PRACTICES AND PRODUCTS LIABILITY ) | **MDL No. 2100** |
| LITIGATION ) | |

**This Document Relates To:**

| | |
|---|---|
| *Mimi Allmon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10614-DRH |
| *Farryl Beach, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10600-DRH |
| *Laura Beaudry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11476-DRH |
| *Vicki Brandon, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10574-DRH |
| *Carla Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13415-DRH |
| *Denise Dome, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11695-DRH |
| *Kimberly Janosko v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13687-DRH |
| *Jaimy Lee v. Bayer HealthCare Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10642-DRH |
| *Catherine Martel v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12167-DRH |
| *Delilah May, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10516-DRH |
| *Caroline Reich v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10372-DRH |

*Diana Smith, et al. v. Bayer HealthCare*   No. 3:10-cv-10643-DRH
*Pharmaceuticals Inc., et al.*

*Casey Spotswood v. Bayer HealthCare*   No. 3:11-cv-12165-DRH
*Pharmaceuticals Inc., et al.*

*Amy Stevens v. Bayer HealthCare*    No. 3:11-cv-10601-DRH
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of

docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations

of Dismissal filed on August 8, 2013, the above captioned cases are **DISMISSED** with

prejudice.   Each party shall bear their own costs.

             NANCY J. ROSENSTENGEL,
             CLERK OF COURT

             BY: */s/Sara Jennings*
              **Deputy Clerk**

Dated:  August 9, 2013

Digitally signed
by David R.
Herndon
Date: 2013.08.09
09:15:36 -05'00'

APPROVED:
   CHIEF JUDGE
   U. S. DISTRICT COURT

2